CHARLES J. BROWN, Respondent, v. WILSON GARDNER and Others, Appellants.— Judgment unanimously affirmed, with costs.

CHEMUNG CANAL TRUST COMPANY, as Substituted Trustee under Certain Trusts Created by the Last Will and Testament of EDWARD CUMMINGS, Deceased, Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

NELSON DAVENPORT, Appellant, v. LEWIS F. STOCKMAN, Respondent.— Judgment and order unanimously affirmed, with costs.

JAMES A. GOODRICH, Respondent, v. SATIE MALINOWSKI and Others, Appellants.— Order reversed, with ten dollars costs, and order of reference, referee's report and judgment are set aside, and new trial granted, with costs to appellant to abide the event, upon the authority of Cronon v. Avery (42 Misc. Rep. 1); Stebbins v. Brown (65 Barb. 272) and Carroll v. Lufkins (29 Hun, 17). All concur.

TRIPO KRSTOVIC, Appellant, v. CHARLES H. VAN BUREN and SAMUEL W. DAY, Copartners, Doing Business under the Name and Style of C. H. VAN BUREN & Co., Respondents.— Judgment reversed and new trial granted, with costs to the appellant to abide the event, on the ground that the evidence, including the correspondence between the defendants and Kline, presented a question for the consideration of the jury. All concur.

JOHN D. LYONS, Appellant, v. ADELAIDE M. ANDERSON, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

BORDEN H. MILLS, as Trustee in Bankruptcy of the PLAYTHINGS CORPORATION, Bankrupt, Respondent, v. D. HARRY FRIEDMAN, Appellant.— Order unanimously affirmed, with costs.

In the Matter of the Application and Petition of the BOARD OF WATER SUPPLY OF THE CITY OF NEW YORK, Respondent, for the Appointment of a Commission under Section 42, Chapter 724 of the Laws of 1905, as Amended by Section 9, Chapter 314 of the Laws of 1906. JAMES H. SANDS, Appellant; THE CITY OF NEW YORK, Petitioner, Respondent.— Order unanimously affirmed, with costs.